# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Richard D. Young, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-03846-SEG-JSA |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and Vanderbilt Mortgage and ) | |
| Finance, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO VANDERBILT MORTGAGE AND FINANCE, INC., ONLY

Plaintiff, Richard D. Young, by and through undersigned counsel, hereby dismisses this action against Defendant, Vanderbilt Mortgage and Finance, Inc., **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 14th day of November, 2024.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

1

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Vanderbilt Mortgage and Finance, Inc., with adequate postage affixed thereto and addressed as follows:

John David Collins<br>
Vanderbilt Mortgage and Finance, Inc.<br>
1901 6Th Ave. N. Ste. 1700<br>
Birmingham, AL 35203

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*